CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
February 11, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| **JERRY SUBLETT,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:24-cv-758 |
| **HISCO, INC.,** | ) |
| Defendant, | ) |

## ORDER TO SHOW CAUSE

Plaintiff Jerry Sublett filed his complaint in this action on October 31, 2024. Rule 4(m) of the Federal Rules of Civil Procedure requires a plaintiff to serve a defendant within 90 days after the complaint is filed. Plaintiff was sent a 90-day notice on January 3, 2025 stating that Sublett shall notify the Clerk of Court that service has been accomplished on or before January 29, 2025. Plaintiff has not provided notice of service in the 103 days since the Complaint was filed.

In accordance with Rule 4(m), Plaintiff is **ORDERED TO SHOW CAUSE** on or before February 25, 2025, why this action should not be dismissed for failure to serve. Plaintiff is admonished that the failure to comply with this order will result in this action being dismissed without further notice.

Enter: February 11, 2025

*Robert S. Ballou*

Robert S. Ballou
United States District Judge