AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Western District of Virginia

| | | |
|---|---|---|
| Jerry Sublett | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 7:24cv00758 |
| Hisco, Inc. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hisco, Inc.
c/o Registered Agent Solutions, Inc., Registered Agent
7288 Hanover Green Drive
Mechanicsville, VA 23111-1709

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

M. Paul Valois, Esquire
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lychburg, VA 24502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
LAURA A. AUSTIN, CLERK OF COURT

Date: 2/18/2025



s/ Kendra Campbell
*Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:24cv00758

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HISCO, INC.

was received by me on *(date)* 02/18/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* BETH DAVIS _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Registered Agent Solutions, Inc.
Certificate of Authorization Attached on *(date)* 02/18/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/19/2025

*Server's signature*

CARROLL O. NEUNER - PRIVATE PROCESS SERVER
*Printed name and title*

2711 BUFORD ROAD #183
RICHMOND, VA 23235
(804) 467-6148
*Server's address*

Additional information regarding attempted service, etc:

## GENERAL AFFIDAVIT

State of: Texas

County of: Travis

Mackenzie Hibler PERSONALLY, came and appeared before me, the undersigned notary, the within named Asst. Secretary of Registered Agent Solutions, Inc who is a resident of Travis County, State of Texas and makes this his/her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his/her knowledge:

Registered Agent Solutions, Inc authorizes Mary Collins, Traci Loving, Tina Tatum, Heather Loving, and Beth Davis to act as authorized representatives for Registered Agent Solutions, Inc in the state of Virginia. All five authorized individuals are authorized to accept Service of Process documents on behalf of Registered Agent Solutions, Inc., effective July 3, 2023.

DATED this 20th day of July, 2023.

_____
Signature of Affiant

SWORN to and subscribed before me, this 20th day of July, 2023.

ALVIN SAYRE
Notary Public, State of Texas
Comm. Expires 11-22-2025
Notary ID 128459884

_____
NOTARY PUBLIC

My Commission Expires: 11/22/2025