# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **JERRY SUBLETT** ) | |
|       *Plaintiff*, ) | |
| ) | |
| v. ) | CASE NO.: 7:24-cv-758 |
| ) | |
| **HISCO, INC.** ) | |
|       *Defendant.* ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW the Plaintiff, Jerry Sublett, and responds to the Order to Show Cause entered herein on February 11, 2025 (Dkt. 3) as follows:

1. The Summons was prepared by this Court on February 18, 2025, and the Summons and Complaint were served on the Defendant's registered agent by the Plaintiff on the same date. Service was returned executed and filed herein by Counsel for Plaintiff on February 20, 2025 (Dkt. 6)

**WHEREFORE** Plaintiff prays this Court allow this action to remain active on the docket of this Court for the filing of further pleadings herein.

Respectfully submitted,

**JERRY SUBLETT**
By Counsel

**/s/ M. Paul Valois**
M. Paul Valois, Esquire
Virginia State Bar No. 72326
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, VA 24502
P (434) 845-4529
F (434) 845-8536
mvalois@vbclegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2025, I electronically filed the foregoing Response to Order to Show Cause with the Clerk of this Court using the CM/ECF system, which will automatically send notice of this filing to all counsel of record

/s/ M. Paul Valois