IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| Jerry Sublett | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 7-24-CV-00758 ) ) |
| HISCO, INC., | ) ) |
| Defendant. | ) |

**CONSENT MOTION TO EXTEND TIME FOR RESPONDING TO THE COMPLAINT**

COMES NOW the Defendant, HISCO, INC., by counsel, pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, and in and for Defendant's Consent Motion to Extend Time for Responding to the Complaint, states as follows:

1. This is a personal injury case arising from a workplace incident that occurred on October 31, 2022. The Complaint was filed on October 31, 2024.

2. On February 18, 2025, Defendant was served with process.

3. Defense counsel's law firm received the file on Tuesday, March 25, 2025 after the due date for Defendant's response to the Complaint.

4. Undersigned counsel spoke with counsel for the Plaintiff shortly thereafter and counsel for the Plaintiff agrees to an extension of time to April 18, 2025.

5. The filing of this motion was delayed in an effort to gather the information required to file Defendant's Rule 7.1 Disclosure Statement. Undersigned counsel has not yet been able to obtain the necessary information to prepare the Rule 7.1 Disclosure Statement, but did not wish to further delay this filing to communicate with the Court the Defendant's intent to appear and defend the claims presented, and Plaintiff's consent to the extension.

6. As evidenced by Plaintiff's consent, there is no prejudice to the Plaintiff in granting Defendant this extension of time to file a response to the Complaint.

7. The requested extension will not interfere with any discovery completion dates, motion hearings, or the trial. The Defendant submits the foregoing constitutes excusable neglect and warrants an extension of time agreed to by the Plaintiff.

WHEREFORE, for the foregoing reasons, the Defendant, Hisco, Inc, by counsel, respectfully requests that this Honorable Court grant this motion and enter an Order granting leave for Defendant to file responsive pleadings to the Complaint by April 18, 2025.

HISCO, INC.
By Counsel

McGAVIN, BOYCE, BARDOT,
 THORSEN & KATZ, P.C.


　Anna G. Zick /s/　　　　　　
Anna G. Zick
Virginia State Bar No. 86057
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
(703) 385-1000 (Telephone)
(703) 385-1555 (Facsimile)
azick@mbbtklaw.com
*Counsel for Defendant*

2

**McGavin, Boyce, Bardot, Thorsen & Katz, PC**
9990 Fairfax Boulevard, Suite 400 | Fairfax, VA 22030 | Tel: 703.385.1000 | Fax: 703.385.1555

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2025, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

M. Paul Valois
VSB No. 72326
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, Virginia 24502
(434) 845-4529 (Telephone)
(434) 845-8536 (Facsimile)
mvalois@vbclegal.com
*Counsel for Plaintiff*

/s/    Anna G. Zick
Anna G. Zick
Virginia State Bar No. 86057
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
(703) 385-1000 (Telephone)
(703) 385-1555 (Facsimile)
azick@mbbtklaw.com
*Counsel for Defendant*