IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| Jerry Sublett )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HISCO, INC., )<br>)<br>Defendant. ) | Case No.: 7-24-CV-00758 |

**CONSENT ORDER TO EXTEND TIME FOR RESPONDING TO THE COMPLAINT**

THIS MATTER came before the Court on Defendant HISCO INC's Consent Motion to Extend Time for Responding to the Complaint, and it appearing to the Court that the Motion should be granted, as there is no objection thereto nor concern of prejudice to any party, it is hereby

ORDERED that HISCO INC is granted leave to file responsive pleadings to the Complaint by April 18, 2025.

ENTERED this _____ day of _____, 2025.

_____
JUDGE

**McGavin, Boyce, Bardot, Thorsen & Katz, PC**
9990 Fairfax Boulevard, Suite 400 | Fairfax, VA 22030 | Tel: 703.385.1000 | Fax: 703.385.1555

I ASK FOR THIS:


McGAVIN, BOYCE, BARDOT,
  THORSEN & KATZ, P.C.


 /s/ Anna G. Zick
Anna G. Zick, VSB: 86057
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
(703) 385-1000 (Telephone)
(703) 385-1555 (Facsimile)
azick@mbbtklaw.com
*Counsel for Defendant*



SEEN AND AGREED:


   /s/ M. Paul Valois – *with permission*
M. Paul Valois
VSB No. 72326
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, Virginia 24502
(434) 845-4529 (Telephone)
(434) 845-8536 (Facsimile)
mvalois@vbclegal.com
*Counsel for Plaintiff*

2

Outlook

Re: Sublette v. Hisco, Inc.

| | |
|---|---|
| From | M. Paul Valois <mvalois@vbclegal.com> |
| Date | Fri 4/4/2025 10:03 AM |
| To | Beatrice Taylor <btaylor@mbbtklaw.com>; kthomas@jamesriverlegal.com <kthomas@jamesriverlegal.com> |
| Cc | Anna Zick <azick@mbbtklaw.com> |

1 attachment (657 bytes)
mvalois.vcf;


Confirmed.

Best regards,

Paul Valois

On 4/4/25 10:01, Beatrice Taylor wrote:

> Dear Mr. Valois,
>
> Please confirm that you are happy with the attached electronic endorsement.
>
> Kind regards,
>
> Beatrice Taylor



McGavin
Boyce
Bardot
Thorsen &
Katz, PC

**Beatrice E. Taylor, LL.b Hons**
Direct Line: 703-218-3514
**Paralegal to Anna G. Zick, Esquire**
McGavin, Boyce, Bardot, Thorsen & Katz, P.C.
9990 Fairfax Boulevard | Suite 400 | Fairfax, Virginia 22030
Telephone 703.218.3514 | Facsimile 703.385.1555 | Website
btaylor@mbbtklaw.com

NOTE: The information contained in this transmittal is information intended only for the use of the individual or entity named above and may be attorney/client privileged and confidential. If the reader of this message is not the recipient, you are hereby notified that any distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email at btaylor@mbbtklaw.com; and destroy the message received. Thank you.

**McGavin, Boyce, Bardot, Thorsen & Katz, PC**
9990 Fairfax Boulevard, Suite 400 | Fairfax, VA 22030 | Tel: 703.385.1000 | Fax: 703.385.1555