IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JERRY SUBLETT,** | ) |
| Plaintiff, | ) |
| | ) Case No.: 7-24-CV-00758 |
| v. | ) |
| | ) |
| **HISCO, INC.,** | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, by counsel and pursuant to Rule 41(a)(1)(A)(ii) tenders this

STIPULATION OF DISMISSAL WITHOUT PREJUDICE as to all counts and to all parties.

Respectfully Submitted,

**JERRY SUBLETT**
**By Counsel**

**SEEN AND AGREED:**

**By: /s/ M. Paul Valois**
**M. Paul Valois, Esquire**
**Virginia State Bar No. 72326**
**Counsel for Plaintiff**
**JAMES RIVER LEGAL**
7601 Timberlake Road
Lynchburg, Virginia 24502
P (434) 845-4529
F (434) 845-8536
mvalois@vbclegal.com

 /s/ Anna G. Zick
Anna G. Zick, Esquire
Virginia State Bar No. 86057
**Counsel for Defendant**
**McGAVIN, BOYCE, BARDOT,**
**THORSEN & KATZ, P.C.**
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
P (703) 385-1000
F (703) 385-1555
azick@mbbtklaw.com