IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
April 21, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

| | |
|---|---|
| JERRY SUBLETT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 7:24-cv-758 |
| | ) |
| HISCO, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties filed a stipulation of dismissal without prejudice. Accordingly, it is **ORDERED** and **ADJUDGED** that this case is dismissed without prejudice, and **STRIKEN** from the docket of the court.

Entered: April 21, 2025

*Robert S. Ballou*

Robert S. Ballou
United States District Judge

1